IN THE SUPREME COURT OF THE STATE OF NEVADA

ALBERT PAIGE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81316

FILED

JUL 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This original pro se petition for compassionate release seeks petitioner Albert Paige's immediate release from prison. Paige argues that the Nevada Department of Corrections has failed to address unsanitary conditions in the prison and, as a result, the increased risk of Covid-19 infection presents a serious threat to petitioner's health due to his preexisting health conditions.

For many of the same reasons addressed in *Kerkorian v. State*, Docket No. 80917 (Order Denying Petition, April 30, 2020)—including the presence of fact questions this court is ill-suited to resolve—we deny the petition. *See Round Hill Gen. Imp. Dist. v. Newman*, 97 Nev. 601, 604, 637 P.2d 534, 536 (1981) (recognizing that "an appellate court is not an appropriate forum in which to resolve disputed questions of fact" and determining that when there are factual issues presented, this court will

not exercise its discretion to entertain a petition for extraordinary relief even though "important public interests are involved"). Accordingly, we ORDER the petition DENIED.

_____ Pickering _____, C.J.
        Pickering

_____ Hardesty _____, J.          _____ Stiglich _____, J.
Hardesty                                              Stiglich


cc:     Albert Paige
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk